

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00125-CV

JEREMIAH PEREZ, Appellant

V.

HILL COLLEGE, JOHNSON COUNTY AND JOSHUA INDEPENDENT
SCHOOL DISTRICT, Appellees

This cause is an appeal from the judgment in favor of appellees. We order the appeal **DISMISSED FOR WANT OF PROSECUTION**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jeremiah Perez.

We further order this decision certified below for observance.

Judgment Rendered February 20, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Justice Field.